HONORABLE EWING WERLEIN, JR., PRESIDING

DEPUTY CLERK: Marilyn Flores Law Clerk: M.B. Stevenson

COURT REPORTER: Kathy Metzger

**DATE: May 22, 2017** Time: Begin 9:00 a.m. End 9:55 a.m.

---

**CA No. 4:14-cv-1188**

Marcus Jones and John Provost,
Plaintiffs

vs.

Texas Department of Criminal Justice,
Defendant

---

**MINUTES - Conference**

APPEARANCES:
Jackob Ben-Ezra, Karrie Elizabeth Wheatley, Wallis Anne Nader, Michael Rueckheim and Benjamin Elacqua for Pltfs Marcus Jones and John Provost; Assistant Attorney General Kim Coogan for Deft

The parties in open Court announced settlement on the record of the remaining claims of Plaintiffs Marcus Jones and John Provost. The Court asked questions of counsel for Plaintiffs and counsel for Defendant, and of Plaintiffs John Provost and Marcus Jones. Upon conclusion of the Court's inquiries and responses, Plaintiffs Jones and Provost expressed their approval of the settlement terms and signed the agreement, and counsel for Defendant Texas Department of Criminal Justice signed the agreement on behalf of Defendant. The Court approved the settlement.

Based on the settlement agreement, which contemplates preparation of a formal settlement document, the Court dismisses the remaining claims of Plaintiffs Jones and Provost without prejudice to reinstatement by either Plaintiffs or Defendant if, within 60 days after the entry of this Order, the formal final settlement document has not been completed and executed as necessary by the parties, and by the Texas Attorney General, the Governor of the State of Texas, and the State of Texas Comptroller.

The Clerk will file this entry and serve copies to all parties.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE